UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                                           Chapter 13
                                                      Case No.: 18-18357-AJC

**WILLIAM JOSEPH BROWN,**

    Debtor.
_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE FOR CIVIC NPL TRUST** ("Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 12th day of July, 2018.**

                                                  Respectfully submitted,

                                                  **GHIDOTTI | BERGER, LLP**
                                                  *Attorneys for Secured Creditor*
                                                  3050 Biscayne Blvd. - Suite 402
                                                  Miami, Florida 33137
                                                  Telephone: (305) 501.2808
                                                  Facsimile: (954) 780.5578

                                                  By:   /s/ Chase A. Berger
                                                           Chase A. Berger, Esq.
                                                          Florida Bar No. 083794
                                                          cberger@ghidottiberger.com

*Case No.:18-18357-AJC*

- 2 -

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**William Joseph Brown**
8365 S.W. 186th Street
Miami, FL 33157

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

By:     /s/ Chase A. Berger
        Chase A. Berger, Esq.