# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                         Chapter 13
                                       Case No.: 18-18357-JKO

**WILLIAM JOSEPH BROWN**,

      Debtor.
_____/

## OBJECTION TO CONFIRMATION
## OF DEBTOR'S PROPOSED CHAPTER 13 PLAN

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPCAITY AS SEPARATE TRUSTEE OF CIVIC NPL TRUST** ("BSI Financial Services" or "Secured Creditor"), objects to confirmation of the Debtor's proposed Chapter 13 Plan and states:

1.      On July 11, 2018, the Debtor, William Joseph Brown, filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.      On July 11, 2018, the Debtor filed a proposed Chapter 13 Plan [D.E. 7] (the "Plan").

3.      Secured Creditor holds a secured claim by virtue of that certain promissory Note dated April 7, 2016, and that certain mortgage recorded on April 18, 2016 in O.R. Book 30041, Pages 3647 - 3669, CFN 2016R0226866, in the Public Records of Miami-Dade, Florida encumbering the real property located at *8365 S.W. 186th Street, Cutler Bay, FL 33157* (the "Subject Property").

4.      The deadline for creditors to file a claim is September 20, 2018.

*Case No.: 18-18357-JKO*

5. Secured Creditor anticipates filing a timely filed proof of claim and asserts that the total secured claim amount is $504,352.38 and that the pre-petition arrearage amount is $135,535.90 and denoting the on-going mortgage payment as $4,950.00.

6. The Debtor's Plan denotes an intention to retain the subject Property by making on-going mortgage payments to Secured Creditor through the Plan in the amount of $2,791.67 for the months 1 to 60, as well as, to provide for payments towards curing of the outstanding arrearages totaling $35,000.00.

7. Secured Creditor asserts that the Debtor's Plan does not accurately reflect the current on-going monthly payment nor the current outstanding pre-petition arrearage due and owing Secured Creditor.

8. Secured Creditor asserts that the current on-going monthly payment is more accurately stated as $4,950.00 and that the current pre-petition arrearage amount is more accurately to be $135,535.90.

9. As such, the proposed Plan is not in compliance with the requirement of 11 U.S.C. § 1322 (b)(3) and § 1325 (a)(5) and cannot be confirmed.

10. Secured Creditor objects to any proposed Plan that proposes to pay Secured Creditor anything less than the current on-going monthly mortgage payment amount of $4,950.00, as well as, anything less than the total pre-petition arrearage amount of $135,535.90 in equal monthly payments for the duration of the plan period.

11. Debtor's plan should also account for future tax and insurance obligations.

12. Secured Creditor reserves the right to supplement this Objection.

*Case No.: 18-18357-JKO*

**WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court sustain its Objection to Confirmation, deny confirmation of the Debtor's proposed Chapter 13 plan, and for any such other relief that the Court deems just and proper.

**Dated this 3rd day of August, 2018.**

> Respectfully submitted:
>
> **BERGER FIRM P.A.**
> *Attorneys for Secured Creditor*
> 3050 Biscayne Blvd. - Suite 402
> Miami, Florida 33137
> Telephone: (305) 501.2808
> Facsimile: (954) 780.5578
>
> By:  /s/ Chase A. Berger
>     Chase A. Berger, Esq.
>     Florida Bar No. 083794
>     chase@bergerfirm.com

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

> By:  /s/ Chase A. Berger
>     Chase A. Berger, Esq.

*Case No.: 18-18357-JKO*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Pro-Se Debtor*
**William Joseph Brown**
8365 S.W. 186th Street
Miami, FL 33157

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

By: /s/ Chase A. Berger
      Chase A. Berger, Esq.